■ HIGH RISK OPPORTUNITIES HUB FUND LTD. et al., Respondents-Appellants, v CREDIT LYONNAIS, Appellant-Respondent, et al., Defendant. [837 NYS2d 563]—Appeal from an order, Supreme Court, New York County (Ira Gammerman, J.H.O.), entered July 7, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Sullivan, Nardelli and Williams, JJ.

■ In the Matter of TYRONE L. JACKSON, Petitioner, v APPELLATE DIVISION, FIRST DEPARTMENT, et al., Respondents. [838 NYS2d 457]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules and the petition dismissed as moot, without costs or disbursements. All concur. No opinion. Order filed. Concur—Buckley, J.P., Catterson, Malone and Kavanagh, JJ.